FILED
FEB 2 3 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
|---|---|---|
| Plaintiff, | ) | |
| | ) | CASE NO. 1:23 CR 0093 |
| v. | ) | |
| | ) | Title 18, United States Code, |
| GREGORY J. JONES, | ) | Sections 922(g)(1) and 924(a)(8) |
| | ) | |
| Defendant. | ) | JUDGE BOYKO |

COUNT 1
(Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1. On or about August 9, 2022, in the Northern District of Ohio, Eastern Division, Defendant GREGORY J. JONES, knowing he had been previously convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Attempted Murder and Felonious Assault, on or about August 30, 2001, in case number 00-CR-000402, in the Lake County, Ohio, Court of Common Pleas, knowingly possessed in and affecting interstate and foreign commerce a firearm, to wit: a Manufacture d' Armes Des Pyrennees Francaises (MAPF), model Unique Model 17 Kregsmodell, semiautomatic pistol, 7.65mm caliber, bearing serial number 45955, and ammunition, said firearm and ammunition having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, sections 922(g)(1) and 924(a)(8).

## FORFEITURE

The Grand Jury further charges:

2. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the allegations of Count 1 is incorporated herein by reference. As a result of the foregoing offense, Defendant GREGORY J. JONES shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the violations charged in Count 1, including, but not limited to: a Manufacture d' Armes Des Pyrennees Francaises (MAPF), model Unique Model 17 Kriegsdmodell, semiautomatic pistol, 7.65mm caliber, bearing serial number 45955, and ammunition, seized on August 9, 2022.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.