IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | Case No. 1:23 CR 93 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | MAGISTRATE JUDGE |
| v. | ) | CARMEN E. HENDERSON |
| | ) | |
| GREGORY J. JONES, | ) | **ORDER OF DETENTION PENDING HEARING** |
| Defendant. | ) | |

Upon motion for a continuance pursuant to Title 18, United States Code, Section 3142(f), made by counsel for defendant and/or the government, it is hereby ordered that a detention hearing is set for Monday, March 06, 2023 at 10:00 AM before Magistrate Judge Carmen E. Henderson at 337 U.S. Courthouse, 125 Market St., Youngstown, OH 44503 via Video Conference.

It is further ordered pending this hearing the Defendant shall be held in custody by the United States Marshal and shall be produced for the detention hearing.

**IT IS SO ORDERED.**

*Carmen Henderson*  Dated: February 27, 2023
**Carmen E. Henderson**
**United States Magistrate Judge**