AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

RECEIVED
2023 FEB 24 A 10: 41
U.S. MARSHALS
CLEVELAND, OH

United States of America
v.
GREGORY J. JONES,

Case No. 1:23 CR 0093

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Gregory J. Jones,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. §§ 922(g)(1) and 924(a)(8) Felon in Possession of a Firearm and Ammunition

FILED FEB 27 2023 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF OHIO YOUNGSTOWN

Date: 02/22/2023

*Issuing officer's signature*

City and state: Cleveland, Ohio

*Printed name and title*

### Return

This warrant was received on *(date)* 2/24/23, and the person was arrested on *(date)* 2/25/23
at *(city and state)* Geneva, OH.

Date: 2/27/23

*Arresting officer's signature*

S/A Elizabeth Gardner - ATF
*Printed name and title*