# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| UNITED STATES OF AMERICA, | : | CASE NO. 1:23-CR-0093 |
|---|---|---|
| Plaintiff, | : | |
| | : | JUDGE CHRISTOPHER BOYKO |
| vs. | : | |
| GREGORY J. JONES, | : | **NOTICE OF APPEARANCE** |
| Defendant. | : | |

Undersigned counsel, Justin J. Roberts, enters a Notice of Appearance of Counsel on behalf of the defendant in the above-captioned case. Please add Justin J. Roberts to the docket as lead counsel for Mr. Jones and remove Darin Thompson as lead counsel and from receiving any further ECF notifications.

Respectfully submitted,

STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar # 0051928

/s/ *Justin J. Roberts*
JUSTIN J. ROBERTS
Assistant Federal Public Defender
Ohio Bar #0086168
1660 W. 2nd Street, Ste. 750
Cleveland, OH 44113
216-522-4856; fax 216-522-4321
justin_roberts@fd.org